# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

**(Revised 09/19)**

LUIS TENELANDA,

       Plaintiff,                         :

                                      :        Case No.:

    -vs-

Butler County, et. al.            :        District Judge

                                        Magistrate Judge

                                      :

       Defendant,

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**,_____Mark A. Vander Laan_____, trial
                                            (Name of Trial Attorney)

attorney for_____Luis Tenelanda_____, in the above-referenced action, hereby moves the court to
              (Name of Party)

admit_____Graner S. Ghevarghese_____, *pro hac vice* to appear and participate as counsel or co-counsel
     (Name of PHV Attorney)

in this case for_____Luis Tenelanda_____.
              (Name of Party)

Movant represents that_____Graner S. Ghevarghese_____is a member in good standing
                         (Name of PHV Attorney)

of the highest court of_____District of Columbia_____as attested by the accompanying certificate from that
                  (Name of State)

court and that_____Graner S. Ghevarghese_____is not eligible to become a member of the
             (Name of PHV Attorney)

permanent bar of this Court.  This Motion is accompanied by the required filing fee

Graner S. Ghevarghese 's relevant identifying information is as follows:

(Name of PHV Attorney)

Business telephone (202) 830-1225    Business fax _____

Business address 600 14th Street NW, Suite 500, Washington D.C. 20005

_____

Business e-mail address GRANER@NORRISLAWGROUP.ORG

/s/ Mark A. Vander Laan (013297)

(Signature of Trial Attorney)

Ohio Justice and Policy Center 215 E 9th St. Suite 601

(Address)

Cincinnati, OH 45202

(City, State, Zip Code)

513-421-1108 mvanderlaan@ohiojpc.org

(Telephone Number)

Trial Attorney for Luis Tenelanda

(Name of Party)

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing was filed with the Court's electronic filing system and sent via U.S. mail to all Defendants.

**/s/Mark A. Vander Laan**

Mark A. Vander Laan (0013297)



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# *Graner S. Ghevarghese*

*was duly qualified and admitted on May 15, 2023 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

***In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 08, 2026.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*