# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

Luis Tenelanda                                                    :

           Plaintiff,                                    :                    Case No.:

       -vs-                                                  :                    District Judge
Butler County et al.                                                                  Magistrate Judge
          Defendant,                                    :


## MOTION FOR ADMISSION *PRO HAC VICE*


Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, _____Mark A. Vander Laan_____, trial
                                       (Name of Trial Attorney)

attorney for _____Luis Tenelanda_____, in the above-referenced action, hereby moves the court to
              (Name of Party)

admit_____William Froehlich_____, *pro hac vice* to appear and participate as counsel or co-counsel
       (Name of PHV Attorney)

in this case for _____Luis Tenelanda_____.
            (Name of Party)

Movant represents that _____William Froehlich_____is a member in good standing
                    (Name of PHV Attorney)

of the highest court of_____D.C._____as attested by the accompanying certificate from that
           (Name of State)

court and that_____William Froehlich_____is not eligible to become a member of the
      (Name of PHV Attorney)

permanent bar of this Court.  This Motion is accompanied by the required filing fee

William Froehlich          's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone   202-798-2669        Business fax _____

Business address   600 14th Street NW, 5th Floor, Washington, DC 20005

_____

Business e-mail address   whit@norrislawgroup.org

/s/Mark A. Vander Laan (013297)

Ohio Justice and Policy Center

215 E  9th St. Suite 601

Cincinnati, OH 45202        mvanderlaan@ohiojpc.org

Trial Attorney for   Luis Tenelanda
(Name of Party)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court's electronic filing system and sent via U.S. Mail to all Defendants.

**/s/Mark A. Vander Laan**
Mark A. Vander Laan (013297)



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# William Froehlich

*was duly qualified and admitted on December 11, 2024 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my***
***name and affixed the seal of this***
***Court at the City of***
***Washington, D.C., on May 08, 2026.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*