**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Luis Tenelanda, | : | Case No. 1:26-cv-490 |
| Plaintiff, | : | Judge Jeffery P. Hopkins<br>Magistrate Judge Stephanie K. Bowman |
| v. | : | |
| Butler County, *et al.* | : | |
| Defendants. | : | |

---

## NOTICE OF APPEARANCE OF COUNSEL

---

Now comes Attorney Makenzie E. McAfee and hereby enters her appearance as co-counsel for Defendants Butler County, Ohio, Sheriff Richard K. Jones, and Sergeant Corneal Rowe in the above matter. The undersigned respectfully requests that she be added to the service list and be copied on all pleadings, notices, and other filings in this case.

Respectfully submitted,

/s/ Makenzie E. McAfee
Daniel T. Downey (0063753)
Makenzie E. McAfee (0102798)
**Fishel Downey Albrecht & Riepenhoff LLC**
7775 Walton Parkway Suite 200
New Albany, OH 43054
(614) 221-1216 - Telephone
(614) 221-8769 - Facsimile
ddowney@fisheldowney.com
mmcafee@fisheldowney.com
*Counsel for Defendants Butler County, Ohio Sheriff Richard K. Jones, and Sergeant Corneal Rowe*

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was filed electronically through the Court's system this 17th day of July 2026. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Makenzie E. McAfee
Makenzie McAfee (0102798)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLC**
*Counsel for Defendants Butler County, Ohio Sheriff Richard K. Jones, and Sergeant Corneal Rowe*