**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Luis Tenelanda, | ) | |
| | ) | |
| Plaintiff, | ) | Case no. 1:26-cv-490 |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Jeffery P. Hopkins |
| | ) | Magistrate Judge Stephanie K. Bowman |
| | ) | |
| Butler County, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

Attorney Mark R. Heller enters his appearance as counsel for Plaintiff Luis Tenelanda in the above matter. The undersigned respectfully requests that he be added to the electronic service list and he be copied on all pleadings, notices, and other filings in this case.

Respectfully submitted,

s/ Mark R. Heller

Mark R. Heller (27027)
Heller Law Office, LLC
5356 Nebraska Avenue
Toledo, Ohio 43615
Telephone: (419) 508-1762
heller.mark@gmail.com
*Counsel for Plaintiff Luis Tenelanda*

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Notice of Appearance of Counsel was filed electronically through the Court's system this 21st day of July, 2026. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Mark R Heller
Mark R. Heller
*Counsel for Plaintiff Luis Tenelanda*