**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LUIS TENELANDA, | : | |
| *Plaintiff*, | : | Case No. 1:26-cv-490 |
| vs. | : | Judge Jeffery P. Hopkins |
| BUTLER COUNTY, OHIO, *et al.*, | : | |
| *Defendants*. | : | |

# SCHEDULING ORDER

A preliminary pretrial conference was held by telephone in this case on September 3, 2026. Attorneys Gabriel Davis, Graner Ghevarghese, Mark Heller, William Froehlich, and Mark VanderLaan appeared on behalf of the Plaintiff; Attorney Daniel Downey appeared on behalf of Defendant.

## PERTINENT SETTINGS

| | |
|---|---|
| Required disclosures under Fed. R. Civ. P. 26(a)(1): | **August 19, 2026** |
| Settlement demand by Plaintiff upon Defendant to be made by: | **September 17, 2026** |
| Response to settlement demand by: | **October 1, 2026** |
| Deadline for motions directed to pleadings: | **October 2, 2026** |
| Deadline for motions to amend pleadings and/or add parties: | **October 2, 2026** |
| *Following these dates, motions directed to pleadings and amendment to pleadings may be made only upon leave of Court, with notice to opposing counsel.* | |
| Disclosure of lay witnesses: | **June 30, 2027** |
| Plaintiff's expert report(s) and designation(s): | **August 31, 2027** |

| | |
|---|---|
| Defendant's expert report(s) and designation(s): | **August 31, 2027** |
| Rebuttal expert report(s) and designation(s): | **September 17, 2027** |
| Deadline for discovery: | **September 17, 2027** |
| Dispositive motion deadline: | **October 16, 2027** |

*Motions for summary judgment shall not be filed before the close of discovery without leave of Court. See Standing Order Governing Civil Cases.*

| | |
|---|---|
| Final Pretrial Conference: | **To be determined** |
| Jury Trial: | **To be determined** |

**IT IS SO ORDERED**.

Dated: September 8, 2026

Jeffery P. Hopkins
United States District Judge