**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LUIS TENELANDA, | : | |
| *Plaintiff*, | : | Case No. 1:26-cv-490 |
| vs. | : | Judge Jeffery P. Hopkins |
| BUTLER COUNTY, OHIO, *et al.*, | : | |
| *Defendants*. | : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), the Court hereby **REFERS** this case to Chief Magistrate Judge Stephanie K. Bowman. The Magistrate Judge is empowered to deal with all non-dispositive pretrial motions and procedures, including all discovery-related motions and issues. This reference shall terminate on the discovery deadline set forth in the Scheduling Order.

**IT IS SO ORDERED.**

September 8, 2026

Jeffery P. Hopkins
United States District Judge